UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES EX REL.<br>  SHARON ELLZEY | CIVIL ACTION |
| VERSUS | NO. 10-900 |
| CATHOLIC CHARITIES<br>  ARCHDIOCESE OF NEW ORLEANS | SECTION "N" (3) |

## ORDER AND REASONS

Having considered Plaintiff's opposition memorandum (Rec. Doc. 14) as to Defendant's motions to dismiss (Rec. Doc. 12), **IT IS ORDERED** that, on the showing made, Defendant's motion to dismiss is **GRANTED** to the extent that it seeks dismissal for lack of subject matter jurisdiction of Plaintiff's claim for damages pursuant to the *qui tam* provisions of False Claims Act, 31 U.S.C. §§3729-3732. **IT IS FURTHER ORDERED** that Defendant's motion to dismiss is **GRANTED** as to Plaintiff's retaliatory discharge claim; however, that dismissal is **WITHOUT PREJUDICE** to Plaintiff's right to amend the claim within fifteen (15) days from entry of this Order so as to state a claim upon which relief can be granted. Any amendment must be filed as an amending and superseding complaint.

New Orleans, Louisiana, this 11th day of May 2012.

**KURT D. ENGELHARDT**
**United States District Judge**