UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES EX REL.<br>　SHARON ELLZEY | CIVIL ACTION |
| VERSUS | NO. 10-900 |
| CATHOLIC CHARITIES<br>　ARCHDIOCESE OF NEW ORLEANS | SECTION "N" (3) |

### ORDER AND REASONS

Considering the May 25, 2013 statement of no opposition (Rec. Doc. 29) filed by Relator, Sharon Ellzey, and the May 29, 2013 statement of consent by the United States provided to the Court, **IT IS ORDERED** that Defendant's motion for summary judgment (Rec. Doc. 26) is **GRANTED**. Accordingly, IT IS FURTHER ORDERED that Relator's retaliatory discharge claim is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of May 2013.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　**United States District Judge**